UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIAM ALEXANDER., Plaintiff, -against- JUDY PEDRAZA, YMCA, ACQC, HRA, CITY OF NEW YORK., Defendants. | 26 CIVIL 05983 (LTS) **CIVIL JUDGMENT** |

For the reasons stated in the July 29, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: August 4, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge